UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHERYL ROWE,

            Plaintiff,

   v.

MICHAEL ASTRUE, Commissioner of Social Security,

            Defendant.

Case No. C06-5436RBL

ORDER TO SHOW CAUSE

      The matter is before the court due to the fact that plaintiff has not filed an opening brief as directed by the court.

      On January 31, 2007, defendant filed her Answer to the complaint. The next day, on February 1, 2007, the court directed plaintiff to filed her opening brief by March 1, 2007. To date, the clerk of the court has not received any pleadings from plaintiff.

      Accordingly, **plaintiff shall either file the opening brief or show cause why this matter should not be dismissed for failure to prosecute by not later than April 19, 2007.**

      The clerk is directed to send a copy of this order to counsel of record.

      DATED this 28th day of March, 2007.

                        */s/ J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge

ORDER
Page - 1