# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHERYL L. ROWE

    v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5436RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation; and

(2) The administrative decision is AFFIRMED.


  July 30, 2007               BRUCE RIFKIN
Date                     Clerk


                    *s/CM Gonzalez*
                    Deputy Clerk